**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6285**

CLINTON BRINSON,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge. (CR-96-197, CA-99-823-5-F)

Submitted:  July 25, 2000          Decided:  August 25, 2000

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Clinton Brinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clinton Brinson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Brinson's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Brinson v. United States, Nos. CR-96-197; CA-99-823-5-F (E.D.N.C. Feb. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2